# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| AMY KOJA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 3:14-cv-02960-B |
| § | |
| STELLAR RECOVERY, INC., § | |
| § | |
| Defendant. § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, AMY KOJA ("Plaintiff"), and Defendant, STELLAR RECOVERY, INC, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

Dated: November 26, 2014      By:/s/ Ryan Lee
Ryan Lee
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-861-1390
rlee@consumerlawcenter.com

DATED:  November 26, 2014            RESPECTFULLY SUBMITTED,

                                      By: /s/ Robbie Malone

                                      Robbie Malone PLLC
                                      8750 N Central Expwy, Suite 1850
                                      Dallas, TX 75231
                                      214/346-2630
                                      Fax: 214/346-2631
                                      Email: rmalone@rmalonelaw.com
                                      LEAD ATTORNEY
                                      ATTORNEY TO BE NOTICED
                                      Bar Status: Admitted/In Good Standing